I. M. Dittenhoefer, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

KERBEL v. WASSERMAN. (Supreme Court, Appellate Term, First Department. November 13, 1913.) Appeal from Municipal Court, Borough of The Bronx, Second District. Action by Ida G. Kerbel against Joseph Wasserman. From a Municipal Court judgment in favor of plaintiff, defendant appeals. Modified and affirmed. Edward D. Loughman, of New York City, for appellant. Louis Gould, for respondent.

BIJUR, J. This action was brought to recover for work, labor, and services performed at defendant's request. Owing to the fact that this suit was not brought until some 10 months after the work was done, and that plaintiff kept no books of account, the trial involved passing upon a great number of items and much detail. It cannot be said that plaintiff did not sustain the burden of proof; but it seems that the learned judge overlooked an item of $30, which the testimony of the defendant, accompanied by a check in evidence, showed plainly had been paid, and concerning which plaintiff's testimony is substantially an admission of such payment. His alleged explanation, which succeeded such admission, is unintelligible. This item should therefore be deducted, and the amount of the judgment reduced to $54.55, with appropriate costs, and, as thus modified, the judgment is affirmed, with $10 costs to the appellant, to be set off against the judgment. All concur.

KERBEYEKIAN v. RAFFY et al. (Supreme Court, Appellate Division, First Department. October 31, 1913.) Action by Sarkis G. Kerbeyekian against Lazar Raffy and others. F. H. Van Houten, of New York City, for appellants. A. Blumenstiel, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

KEVE v. COLUMBIA KID HAIR CURLERS MFG. CO. (Supreme Court, Appellate Division, First Department. October 17, 1913.) Action by Max Keve against the Columbia Kid Hair Curlers Manufacturing Company. No opinion. Motion for stay denied, with $10 costs. Order filed. See, also, 142 N. Y. Supp. 1125; 143 N. Y. Supp. 1125.

KEVE v. COLUMBIA KID HAIR CURLERS MFG. CO. (Supreme Court, Appellate Division, First Department. October 17, 1913.) Action by Max Keve against the Columbia Kid Hair Curlers Manufacturing Company. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed. See, also, 143 N. Y. Supp. 1125.

KEVE v. COLUMBIA KID HAIR CURLERS MFG. CO. (Supreme Court, Appellate Division, First Department. October 31, 1913.) Action by Max Keve against the Columbia Kid Hair Curlers Manufacturing Company. No opinion. Motion granted on terms stated in memorandum per curiam. Settle order on notice. See, also, 143 N. Y. Supp. 1125.

KEVE, Respondent, v. COLUMBIA KID HAIR CURLERS MFG. CO., Appellant. (Supreme Court, Appellate Division, First Department. October 31, 1913.) Action by Max Keve against the Columbia Kid Hair Curlers Manufacturing Company. M. D. Siegel, of New York City, for appellant. H. Stackell, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 143 N. Y. Supp. 1125.

KILSHEIMER v. KENDAL et al. (Supreme Court, Appellate Division, Second Department. October 31, 1913.) Action by James B. Kilsheimer, Jr., against Louis Kendal and others.

PER CURIAM. Motion denied, without costs, with leave to renew, if the appeal is not diligently prosecuted.

JENKS, P. J., not voting.

KINGMAN v. BOARD OF EDUCATION. (Supreme Court, Appellate Division, First Department. October 24, 1913.) Action by Samuel E. Kingman against the Board of Education. E. J. Parsons, of New York City, for appellant. C. McIntyre, of New York City, for respondent. No opinion. Judgment modified, by reducing interest on plaintiff's claim, so that it will be estimated only from the date of demand, and also by allowing plaintiff his taxable costs, and, as so modified, affirmed, without costs to either party in this court. Settle order on notice.

KINNEY, Respondent, v. RYAN, Appellant. (Supreme Court, Appellate Division, First Department. November 14, 1913.) Action by John C. Kinney against Patrick Ryan. C. A. Winter, of New York City, for appellant. G. Lange, Jr., of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

KISSLEY, Respondent, v. ULSTER & D. R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. November 12, 1913.) Action by Julius M. Kissley against the Ulster & Delaware Railroad Company. No opinion. Judgment and order unanimously affirmed, without costs.

KISSLEY, Respondent, v. ULSTER & D. R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. November 12, 1913.) Action by Irene Kissley against the Ulster & Delaware Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

KLANG, Respondent, v. PRESSER et al., Appellants. (Supreme Court, Appellate Division, First Department. November 14, 1913.) Action by Philip Klang, against Isaac Presser and another. I. Schmal, of New York City, for